**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern_____ District of __Texas_____
(State)

Case number (If known): __24-40966-mxm7_____ Chapter __7__

☑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. Debtor's name | FES Resources Holdings LLC |

| | |
|---|---|
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. Debtor's federal Employer Identification Number (EIN) | 83-2898539 |

**4. Debtor's address**

Principal place of business

1460 Main Street, Suite 200
Number        Street

Southlake        TX        76092
City        State        ZIP Code

Tarrant
County

Mailing address, if different from principal place of business

Number        Street

P.O. Box

City        State        ZIP Code

Location of principal assets, if different from principal place of business

Number        Street

City        State        ZIP Code

| | |
|---|---|
| 5. Debtor's website (URL) | www.fdfenergy.com |

Debtor    **FES Resources Holdings LLC**          Case number *(if known)* **24-40966-mxm7**
      Name

---

**6. Type of debtor**

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

    ❑ Partnership (excluding LLP)

    ❑ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

❑ Chapter 9

❑ Chapter 11. *Check all that apply*:

    ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❑ A plan is being filed with this petition.

    ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

---

Debtor   **FES Resources Holdings LLC**
Name

Case number (if known) 24-40966-mxm7

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                                    MM / DD / YYYY

                District _____   When _____   Case number _____
                                                    MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor   FDF Energy Services LLC   Relationship   Affiliate

                District   Northern   When   03/22/2024
                                                    MM / DD / YYYY

                Case number, if known  24-40967-mxm7

---

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (Check all that apply.)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                                           Number          Street

     _____

     City                                          State ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes. Insurance agency _____

          Contact name   _____

          Phone   _____

---

**■ Statistical and administrative information**

---

| Debtor | FES Resources Holdings LLC | Case number (if known) 24-40966-mxm7 |
|---|---|---|
| | Name | |

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☒ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/04/2024
MM / DD / YYYY

**✗** /s/ Ross Gatlin                                    Ross Gatlin

Signature of authorized representative of debtor          Printed name

Title    In his capacity as the Managing Partner of Prophet Equity Holdings LLC, the General Partner of Prophet Equity GP LP, the General Partner of Prophet Equity-J (FES AIV) LP, the Sole Member of FES Resources Holdings LLC

Debtor    <u>FES Resources Holdings LLC</u>
<br>Name

Case number *(if known)* <u>24-40966-mxm7</u>

---

**18. Signature of attorney**

✗   /s/ Joshua N. Eppich

Signature of attorney for debtor

Date   04/04/2024

MM   / DD / YYYY

Joshua N. Eppich
<br>Printed name

Bonds Ellis Eppich Schafer Jones LLP
<br>Firm name

420 Throckmorton Street, Suite 1000
<br>Number    Street

Fort Worth     TX    76102
<br>City      State    ZIP Code

(817) 405-6900     joshua@bondsellis.com
<br>Contact phone     Email address

24050567     TX
<br>Bar number     State

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| FES Resources Holdings LLC, | § | Case No. 24-_____ |
| | § | |
| Debtor. | § | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Prophet Equity | 48.06% of membership interest of FES Resources Holdings LLC |
| GLAD FES Equity, Inc. | 51.94% of membership interest of FES Resources Holdings LLC |

▇▇▇ in this information to identify the case and this filing:

Debtor Name    FES Resources Holdings LLC

| United States Bankruptcy Court for the: | Northern District of Texas |
|---|---|
| | (State) |

Case number (If known):

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    Amended Schedule

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    Other document that requires a declaration:  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| 03/22/2024 | */s/ Ross Gatlin* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |

Printed name

Ross Gatlin

Position or relationship to debtor Chairman of the Board and CEO

# WRITTEN CONSENT
# OF
# FES RESOURCES HOLDINGS LLC

### MARCH 20, 2024

The Company, FES Resources Holdings LLC (the "Company"), acting by a majority of its Managers (the "Managers" and each, a "Manager") and those certain undersigned Members (as defined in the Company Agreement (as defined below)), takes the following actions and adopt the following resolutions without a meeting, as authorized by the Company Agreement of the Company, dated December 31, 2018 (the "Company Agreement"), as amended from time to time.

WHEREAS, pursuant to Section 6.1(a) of the Company Agreement, the powers of the Company shall be exercised by or under the authority of the Managers.

WHEREAS, notwithstanding Section 6.1(a), pursuant to Section 6.1(c) of the Company Agreement, the Prophet Member (as defined in the Company Agreement) must provide prior written approval for the commencement of any proceeding under bankruptcy or reorganization statute on behalf of the Company or any subsidiary.

WHEREAS, pursuant to Section 6.1(d) of the Company Agreement, the Gladstone Member (as defined in the Company Agreement) must provide prior written approval for the commencement of any proceeding under bankruptcy or reorganization statute on behalf of the Company or any subsidiary.

WHEREAS, the Company deems it advisable and in the best interest of the Company and its subsidiary, FDF Energy Services LLC, a Delaware limited liability company (the "Subsidiary") to file bankruptcy under Chapter 7 of the US Code.

WHEREAS, the Company deems it advisable and in the best interest of the Company and its Subsidiary to grant Bill Patterson, in his capacity as Chief Restructuring Officer of the Company, and to each Manager (collectively, the "Authorized Persons") the power and authority to authorize, execute, and approve on behalf of the Company and the Subsidiary all bankruptcy and restructuring matters, including but not limited to filing a petition for bankruptcy (the "Bankruptcy Matters").

NOW THEREFORE, BE IT RESOLVED, that, notwithstanding anything to the contrary, the Company hereby grants to each Authorized Person the power and authority to authorize, execute, approve and file the Bankruptcy Matters and to take any other action done in furtherance of the Bankruptcy Matters on behalf of the Company and the Subsidiary.

RESOLVED, that the undersigned hereby approve and consent to any and all actions taken, done or performed in connection with the authority granted by the foregoing resolutions, and all legal actions of any nature whatsoever previously taken by any manager, officer, employee, agent, attorney or other representative of the Company or the Subsidiary contemplated by, arising out of or in connection with the subject of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

**MANAGERS:**

*Charles Collie* (signature)

_____

Charles Collie

*David Rex* (signature)

_____

David Rex

*Josh John* (signature)

_____

Joshua John

_____

Robert Marcotte

_____

Andrew Ahlberg

**PROPHET MEMBER**

PROPHET EQUITY-J (FES AIV) LP
By: PROPHET EQUITY GP LP
    (*Its General Partner*)

        By: PROPHET EQUITY HOLDINGS LLC
           (*Its General Partner*)

        *Ross Gatlin* (signature)

        By: _____
           Ross Gatlin, *Managing Partner*

**GLADSTONE MEMBER**

GLAD FES EQUITY, INC.

By: _____
    Robert Marcotte, *President*

WRITTEN CONSENT         [Signature Page]          FES RESOURCES HOLDINGS LLC

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

**MANAGERS:**

_____
Charles Collie

_____
David Rex

_____
Joshua John

_____
Robert Marcotte

_____
Andrew Ahlberg

**PROPHET MEMBER**

PROPHET EQUITY-J (FES AIV) LP
By: PROPHET EQUITY GP LP
    (*Its General Partner*)

    By: PROPHET EQUITY HOLDINGS LLC
        (*Its General Partner*)

        By: _____
            Ross Gatlin, *Managing Partner*

**GLADSTONE MEMBER**

GLAD FES EQUITY, INC.

By: _____
    Robert Marcotte, *President*

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

**MANAGERS:**

_____
Charles Collie

_____
David Rex

_____
Joshua John

_____
Robert Marcotte

_~Andrew Ahlberg~_
_____
Andrew Ahlberg

**PROPHET MEMBER**

PROPHET EQUITY-J (FES AIV) LP
By: PROPHET EQUITY GP LP
     (*Its General Partner*)

     By: PROPHET EQUITY HOLDINGS LLC
          (*Its General Partner*)

     By: _____
          Ross Gatlin, *Managing Partner*

**GLADSTONE MEMBER**

GLAD FES EQUITY, INC.

By: _____
     Robert Marcotte, *President*